IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA,       )
    Plaintiff,                 )    Case No. 7:05CR00007
                               )
v.                              )    **ORDER**
                               )
JULIUS CHRISTOPHER CLAYTOR,     )    By: Hon. James C. Turk
    Defendant.                 )    Senior United States District Judge

This case is before the court on a motion for new trial and motion for acquittal both filed by the defendant, Julius Christopher Claytor ("Claytor"). For the reasons stated in the accompanying Memorandum Opinion, it is

**ADJUDGED AND ORDERED**

that the defendants' motion be **DENIED**.

The Clerk of Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 26th day of July, 2005.

                                              _____
                                              Senior United States District Judge