CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 12 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JULIUS CHRISTOPHER CLAYTOR, | ) | Criminal No. 7:05CR00007 |
| Petitioner, | ) | |
| | ) | **2255 MEMORANDUM OPINION** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the Respondent's motion for summary judgment (Dkt. No. 117) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2255 motion (Dkt. No. 108) is **DENIED**.

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Final Order and the accompanying Memorandum Opinion to the Petitioner and counsel of record for the Respondent.

ENTER: This 12th day of February, 2009

*/s/ James C. Turk*
Senior United States District Judge